IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE CLARK WILLIAMS, JR.,

        Plaintiff,                    No. CIV S-11-1532 MCE DAD P

    vs.

JOHNNY WILLIE, et al.,

        Defendants.            ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 302 and 28 U.S.C. § 636(b)(1).

       The court will not rule on plaintiff's July 8, 2011 application to proceed in forma pauperis until plaintiff has provided the additional information required by this order.[1] Specifically, plaintiff will be required to respond to the following questions by way of declaration made under penalty of perjury and filed with the court.

---

[1] The court will disregard plaintiff's first in forma pauperis application, filed on June 7, 2011. The first application was not submitted on the form used by this court and plaintiff failed to submit a certified copy of his inmate trust account statement with that application.

1

1    First, plaintiff must inform the court whether he has used or been assigned any
2 other prisoner identification number by the California Department of Corrections and
3 Rehabilitation (CDCR).  Plaintiff must set forth in his declaration all prisoner identification
4 numbers he has been assigned, including those he is no longer using.

5    Second, plaintiff must clarify the number of lawsuits he has previously brought
6 while a state or county prisoner.  In the complaint now pending before this court, plaintiff states
7 that he has filed only one previous lawsuit.  Plaintiff is cautioned that the court's records indicate
8 that he has filed several other lawsuits.

9    Third, plaintiff must inform the court whether any prior applications or requests to
10 proceed in forma pauperis in any federal lawsuit has been denied pursuant to 28 U.S.C. § 1915(g)
11 because he had on three or more occasions while incarcerated brought an action in a court of the
12 United States that was dismissed on grounds that it was frivolous, malicious or failed to state a
13 claim upon which relief may be granted.

14    Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the
15 service of this order, plaintiff shall file a declaration under penalty of perjury which responds to
16 the questions set forth above.  Plaintiff is cautioned that failure to comply with this court order
17 will result in a recommendation that this action be dismissed without prejudice.  See Local Rule
18 110; Fed. R. Civ. P. 41(b).

19 DATED: February 13, 2012.

22 DAD:4
will1532.decl

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE